UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHEN F. HALL, ) | |
| ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Civil Action No. 18-cv-7467 |
| v. ) | |
| ) | Honorable Elaine E. Bucklo |
| ) | |
| MIRAMED REVENUE GROUP, LLC ) | Magistrate Susan E. Cox |
| ) | |
| ) | |
| DEFENDANT(S). ) | |

**STIPULATION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between all parties who have appeared in the above entitle action, through their respective attorneys, that by this Stipulation to Dismiss this matter is hereby dismissed with prejudice and without costs and each party to bear its own attorney's fees.

Dated: 6/5/2019

| Attorney for Plaintiff | Counsel for Defendant |
|---|---|
| s/ *Robert J. Tomei Jr.* | s/ *Nabil G. Foster* |
| Robert J. Tomei Jr., | Nabil G. Foster |
| JTLG, LLC | Lindsey Conley |
| 223 N IL Rt. 21, Suite 14 | Hinshaw & Culbertson, LLP. |
| Gurnee, IL 60031 | 151 North Franklin Street, |
| Tele: (847) 549-0600 | Suite 2500 |
| Direct: (847) 596-7494 | Chicago, IL 60606 |
| Fax: (847) 589-2263 | Telephone: 312-704-3198 |
| Rob@LawJTLG.com | nfoster@hinshawlaw.com; |
| *Attorney for Plaintiff* | lconley@hinshawlaw.com |
| | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

      I, Robert J. Tomei Jr., an attorney, hereby certify that on June 5, 2019, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: June 5, 2019**                                                                          Respectfully submitted,

                                                                                                    By:    /s/ *Robert J. Tomei Jr.*